## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**SEAN DEANDREA LEWIS**                                   **PETITIONER**
**Reg #33461-279**

**v.**                          **No. 2:25-cv-20-DPM**

**C. HUMPHREY, Warden, FCI**
**Forrest City-Low**                                      **RESPONDENT**

### ORDER

The Court withdraws the reference.  Lewis has not updated his address with the Clerk and the time to do so has passed.  *Doc. 20.*  His petition will therefore be dismissed without prejudice.  LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 May 2026