# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**SEAN DEANDREA LEWIS**                                                          **PETITIONER**
**Reg #33461-279**

v.                                          **No. 2:25-cv-20-DPM**

**C. HUMPHREY, Warden, FCI**
**Forrest City-Low**                                                            **RESPONDENT**

## JUDGMENT

Lewis's petition is dismissed without prejudice.

_WPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_13 May 2026_